UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                            Criminal No. 05-cr-74-01-SM

<u>Mark Landers</u>


<u>O R D E R</u>

Defendant's assented-to motion to continue the trial (document no. 8) is granted. Trial has been rescheduled for the November trial period.  Defendant Landers shall file a Waiver of Speedy Trial Rights not later than August 2, 2005.  On the filing of such waiver, his continuance shall be effective.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

    Final Pretrial Conference:  October 21, 2005 at 9:30 AM

    Jury Selection:              November 1, 2005 at 9:30 AM

SO ORDERED.

July 25, 2005                                           _____
                                                        Steven J. McAuliffe
                                                        Chief Judge


cc:    Alfred Rubega, Esq.
       Jonathan Saxe, Esq.
       U. S. Probation
       U. S. Marshal