UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                Case No. 05-cr-74-01-SM

Mark Landers

O R D E R

Defendant Lander's motion to continue the final pretrial conference and trial is granted (document 18). Trial has been rescheduled for the August 2006 trial period. Defendant Landers shall file a waiver of speedy trial rights not later than March 31, 2006. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:** July 21, 2006 at 11:30 a.m.

**Jury Selection**: August 1, 2006 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

March 23, 2006

cc: Jonathan Saxe, Esq.
   Alfred Rubega, AUSA
   Don Feith, AUSA
   US Probation
   US Marshal

2